W. H. (SKINNIE) CHADWICK v. STATE.

No. A-7835. Opinion Filed April 18, 1931.
(298 Pac. 1069.)

Mounts & Chamberlin, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. An examination of the record discloses that there is no competent evidence to connect the defendant with the commission of the offense charged.

The cause is therefore reversed.